IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MOURAD ELLAKKANY,** | : | CIVIL ACTION NO. 1:14-CV-983 |
| | : | |
| Plaintiff | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **THE COMMON PLEAS COURT OF MONTGOMERY COUNTY,** *et al.*, | : | |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this 1st day of March, 2016, upon consideration of the report (Doc. 42) of Magistrate Judge Susan E. Schwab, recommending the court deny the motion (Doc. 18) for a preliminary injunction by plaintiff Mourad Ellakkanny ("Ellakkany"), wherein Ellakkanny seeks immediate release from incarceration pending resolution of the above-captioned civil litigation, (see id.), and the court noting that Ellakkany has filed objections (Doc. 45) to the report, see FED. R. CIV. P. 72(b)(2), and, following a *de novo* review of the contested portions of the report, see Behar v. Pa Dep't of Transp., 791 F. Supp. 2d 383, 389 (M.D. Pa. 2011) (citing 28 U.S.C. § 636(b)(1)(C); Sample v. Diecks, 885 F.2d 1099, 1106 n.3 (3d Cir. 1989)), and applying a clear error standard of review to the uncontested portions, see Cruz v. Chater, 990 F. Supp. 375, 376-78 (M.D. Pa. 1999), the court finding Judge Schwab's analysis to be thorough, well-reasoned, and fully supported by the record, and further finding Ellakkany's

objections to be without merit and squarely addressed by the report, it is hereby ORDERED that:

1. The report (Doc. 42) of Magistrate Judge Schwab is ADOPTED.

2. Ellakkany's motion (Doc. 18) for preliminary injunction is DENIED.

3. This matter is REMANDED to Magistrate Judge Schwab for further proceedings.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania